SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2025

at _____ o'clock and _____ min. _____ M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: sara.ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR 25 - 0 0 0 4 9  DKW |
| ) | |
| Plaintiff, ) | INDICTMENT     4:25-mj-0435 |
| ) | |
| vs. ) | [21 U.S.C. §§ 841(a)(1) and |
| ) | 841(b)(1)(C), 18 U.S.C. § 2] |
| ASHLEY MOORE,       (1) ) | |
| ████████████,       (2) ) | |
| ) | |
| Defendants. ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

## Count 1
### Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 26, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute a controlled

substance, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

## Count 2
### Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 10, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute a controlled

substance, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

2

Count 3
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 21, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute a controlled

substance, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

Count 4
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 10, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute a controlled

substance, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

3

Count 5
Distribution of Controlled Substances
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about August 22, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute controlled

substances, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance, and a mixture or substance containing a

detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

Count 6
Distribution of Controlled Substances
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about September 16, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute controlled

substances, namely a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl,

a Schedule II controlled substance, and a mixture or substance containing a

detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

4

Count 7
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about November 18, 2020, within the District of Hawaii, ASHLEY

MOORE, the defendant, did knowingly and intentionally distribute a controlled

substance, namely a mixture or substance containing a detectable amount of

heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

Count 8
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), 18 U.S.C. § 2)

On or about February 25, 2021, within the District of Hawaii, ASHLEY

MOORE and                          , the defendants, did knowingly and intentionally

distribute a controlled substance, namely a mixture or substance containing a

detectable amount of heroin, a Schedule I controlled substance, and did cause, aid,

abet, counsel, command, induce, and procure the commission of the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

Forfeiture Notice

1.     The allegations set forth in Counts 1 through 8 of this Indictment are

hereby re-alleged and incorporated by reference as though set forth in full herein

5

for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

      2.     The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), ASHLEY MOORE AND █████████, the defendants, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

      3.     If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

          a.     cannot be located upon the exercise of due diligence;

          b.     has been transferred or sold to, or deposited with, a third party;

          c.     has been placed beyond the jurisdiction of the court;

          d.     has been substantially diminished in value; or

          e.     has been commingled with other property which cannot be divided without difficulty;

6

the United States of America shall be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21,

United States Code, Section 853(p).

DATED: June 12, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____

FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SARA D. AYABE
Assistant U.S. Attorney

United States v. Ashley Moore, et al.
Indictment
Cr. No.          C R 25 - 0 0 0 4 9  DKW

7